UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-CV-01998-SVW (SK)                          Date: April 15, 2025

Title     Erik Martinez Gutierrez v. B. Birkholz

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

   Petitioner filed habeas petition under 28 U.S.C. § 2241 on March 3, 2025. (ECF 1). But at the time of this filing, Petitioner did not pay the required $5 filing fee or complete a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (Form CV-60P). The Court previously warned Petitioner that his petition may be dismissed if he did not pay this fee or request to proceed without prepayment by April 7, 2025. (*See* ECF 2). Yet Petitioner has not responded to this deficiency notice.

   Petitioner is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for failing to pay or apply for the waiver of the filing fee **within 14 days of this order**. Petitioner may discharge this show-cause order by either paying the $5 filing fee or completing the attached Form CV-60P to seek waiver of this prepayment. Any failure to respond to this show-cause order or otherwise pay or seek waiver of the filing fee by this deadline may result in the dismissal of the action without prejudice. *See Young v. United States*, 465 F. App'x 597, 598 (9th Cir. 2012); Fed. R. Civ. P. 41(b); L.R. 4-1. The Clerk is directed to provide Petitioner with a blank Form CV-60P and a copy of the Court's prior deficiency notice (ECF 2).

   IT IS SO ORDERED.