UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-01998-SVW (SK)                          Date: April 8, 2026

Title   Erik Martinez Gutierrez v. B. Birkholz

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|   Connie Chung   |   n/a   |
| --- | --- |
|   Deputy Clerk   |   Court Reporter / Recorder   |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| --- | --- |
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

In March 2025, Petitioner filed a petition for habeas corpus under 28 U.S.C. § 2241 claiming the BOP denied his First Step Act earned time credits.  (ECF 1). According to the attached Bureau of Prisons (BOP) records, Petitioner was released from BOP custody on or about August 8, 2025.  Petitioner is thus ordered to show cause why the 28 U.S.C. § 2241 petition should not be dismissed as moot.  Petitioner may discharge this order by signing and returning the attached Form CV-09y within 14 days of the date of this order.  Failure to timely return that notice of voluntary dismissal or to otherwise timely respond to this order will be deemed consent to the administrative closure of this case with no further notice.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.

Attachments.

---

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **1**